IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMMY JO JARECKI,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

  v.                                            Case No. 14-cv-890-jdp

UNIVERSITY OF WISCONSIN-EAU CLAIRE, and
UNIVERSITY OF WISCONSIN-EAU CLAIRE SOCIAL
WORK DEPARTMENT,

    Defendants.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing, without prejudice, this case for lack of subject matter jurisdiction.

/s/                                                        May 12, 2015

Peter Oppeneer, Clerk of Court                      Date